**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-7324

DAMIAN INMAN,

Plaintiff - Appellant,

v.

AARON DEWITT; RAYMOND GATHERS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Sherri A. Lydon, District Judge. (5:19-cv-01880-SAL)

Submitted: August 31, 2021                    Decided: January 11, 2022

Before GREGORY, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damian Inman, Appellant Pro Se. Daniel Roy Settana, Jr., Alexander Paul Zuraff, MCKAY FIRM, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damian Inman appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See Inman v. Dewitt*, No. 5:19-cv-01880-SAL (D.S.C. Aug. 25, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*